1  Kimberly L. Mayhew, SBN 199105
   CASWELL BELL & HILLISON LLP
2  5200 North Palm Avenue, Suite 211
   Fresno, California 93704
3  Telephone: 559/225-6550
   Facsimile: 559/225-7912
4  Email: kmayhew@caswellbell.com

5  Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| NATIVADAD GUTIERREZ, | Case No. 1:12-CV-01854-LJO-GSA |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING** |
| YOUNG BAE CHUNG and SANDY OK CHUNG, TRUSTEES OF THE YOUNG BAE CHUNG AND SANDY OK CHUNG REVOCABLE TRUST DATED 9/1/2006; MOHAMED BASHIR THIND and RASHID THIND, dba AIRPORT LIQUOR; LUIS GARCIA and ELVIRA GARCIA dba GARCIA'S RESTAURANT, | |
| Defendants. | |

The parties hereto, through their respective counsel, hereby stipulate that due to attorney Mayhew's trial schedule, and in order to provide sufficient time to attempt to resolve this matter through settlement, defendants Young Bae Chung and Sandy Ok Chung, Trustees of the Young Bae Chung and Sandy Ok Chung Revocable Trust dated 9/21/2006, Mohamed Bashir Thind and Rashid Thind dba Airport Liquor; Luis Garcia and Elvira Garcia dba Garcia's Restaurant shall have to and including January 7, 2013, in

which to file a responsive pleading in the above-referenced matter. This is the first extension agreed to by the parties.

Dated: December 4, 2012.          MOORE LAW FIRM, P.C.

                                        ___/s/ Tanya E. Moore_____
                                        Tanya E. Moore,
                                        Attorneys for Plaintiff

Dated: December 4, 2012           CASWELL BELL & HILLISON LLP

                                        ____/s/ Kimberly L. Mayhew_____
                                        Kimberly L. Mayhew,
                                        Attorneys for Defendants

**ORDER**

Pursuant to the parties stipulation, IT IS HEREBY ORDERED that defendants Young Bae Chung and Sandy Ok Chung, Trustees of the Young Bae Chung and Sandy Ok Chung Revocable Trust dated 9/21/2006, Mohamed Bashir Thind and Rashid Thind dba Airport Liquor; Luis Garcia and Elvira Garcia dba Garcia's Restaurant, shall have to and including January 7, 2013, in which to file a responsive pleading in the above-referenced matter.

IT IS SO ORDERED.

Dated:   **December 5, 2012**          _____/s/ **Gary S. Austin**_____
                                                                UNITED STATES MAGISTRATE JUDGE