1  Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
2  332 North Second Street
San Jose, California  95112
3  Telephone (408) 298-2000
Facsimile (408) 298-6046
4  Email:  tanya@moorelawfirm.com

5  Attorneys for Plaintiff
Natividad Gutierrez
6

7

8                        **UNITED STATES DISTRICT COURT**

9                        **EASTERN DISTRICT OF CALIFORNIA**

10

11  NATIVIDAD GUTIERREZ,                    )   No.  1:12-CV-01854-LJO-GSA
                                            )
12            Plaintiff,                     )   **STIPULATION FOR DISMISSAL OF**
                                            )   **ACTION;ORDER**
13       vs.                                 )
                                            )
14  YOUNG BAE CHUNG, et al.,                 )
                                            )
15            Defendants.                    )
                                            )
16                                           )
                                            )
17  _____        )

18        IT IS HEREBY STIPULATED by and between Plaintiff Natividad Gutierrez and

19  Defendants Young Bae Chung and Sandy Ok Chung, Trustees of the Young Bae Chung and

20  Sandy Ok Chung Revocable Trust dated 9/21/2006, Mohamed Bashir Thind and Rashid Thind

21  dba Airport Liquor and Luis Garcia and Elvira Garcia dba Garcia's Restaurant ("Defendants"),

22  by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure

23  41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.  Each

24  party is to bear its own attorneys' fees and costs.

25  Date: April 17, 2013                     MOORE LAW FIRM, P.C.

26

27
                                            /s/Tanya E. Moore
28                                          Tanya E. Moore
                                            Attorney for Plaintiff Natividad Gutierrez


*Gutierrez v. Chung, et al.*
Stipulation for Dismissal of Action; [Proposed] Order
                                Page 1

1    Date: April 16, 2013                      CASWELL BELL & HILLISON LLP

2

3                                              /s/ Kimberly L. Mayhey
                                               Kimberly L. Mayhew
4                                              Attorneys for Defendants Young Bae Chung and
                                               Sandy Ok Chung, Trustees of the Young Bae
5                                              Chung and Sandy Ok Chung Revocable Trust
                                               dated 9/21/2006, Mohamed Bashir Thind and
6                                              Rashid Thind dba Airport Liquor and Luis Garcia
7                                              and Elvira Garcia dba Garcia's Restaurant

8

9                                          **ORDER**

10

11

12       Based on the parties' stipulation, this Court DISMISSES with prejudice this entire action and

13       all its claims and DIRECTS the clerk to close this action.

14

15

16
     IT IS SO ORDERED.
17

18       Dated:    **April 17, 2013**                        **/s/ Lawrence J. O'Neill**
                                                         UNITED STATES DISTRICT JUDGE
19

20

21

22

23

24

25

26

27

28

*Gutierrez v. Chung, et al.*
Stipulation for Dismissal of Action; [Proposed] Order
                                          Page 2