Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: tanya@moorelawfirm.com

Attorneys for Plaintiff
Natividad Gutierrez

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIVIDAD GUTIERREZ,<br><br>       Plaintiff,<br><br>   vs.<br><br>YOUNG BAE CHUNG, et al.,<br><br>       Defendants. | No. 1:12-CV-01854-LJO-GSA<br><br>**STIPULATION FOR DISMISSAL OF ACTION;ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiff Natividad Gutierrez and Defendants Young Bae Chung and Sandy Ok Chung, Trustees of the Young Bae Chung and Sandy Ok Chung Revocable Trust dated 9/21/2006, Mohamed Bashir Thind and Rashid Thind dba Airport Liquor and Luis Garcia and Elvira Garcia dba Garcia's Restaurant ("Defendants"), by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety. Each party is to bear its own attorneys' fees and costs.

Date: April 17, 2013                    MOORE LAW FIRM, P.C.


                                        /s/Tanya E. Moore
                                        Tanya E. Moore
                                         Attorney for Plaintiff Natividad Gutierrez


*Gutierrez v. Chung, et al.*
Stipulation for Dismissal of Action; [Proposed] Order

Page 1

| | |
|---|---|
| Date: April 16, 2013 | CASWELL BELL & HILLISON LLP |
| | /s/ Kimberly L. Mayhey |
| | Kimberly L. Mayhew |
| | Attorneys for Defendants Young Bae Chung and Sandy Ok Chung, Trustees of the Young Bae Chung and Sandy Ok Chung Revocable Trust dated 9/21/2006, Mohamed Bashir Thind and Rashid Thind dba Airport Liquor and Luis Garcia and Elvira Garcia dba Garcia's Restaurant |

**ORDER**

Based on the parties' stipulation, this Court DISMISSES with prejudice this entire action and all its claims and DIRECTS the clerk to close this action.

IT IS SO ORDERED.

Dated:   **April 17, 2013**          /s/ Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE

*Gutierrez v. Chung, et al.*
Stipulation for Dismissal of Action; [Proposed] Order
Page 2